UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARMANE HAYMAN SELLERS, et al.,

    Plaintiffs,

v.                                      CASE NO: 8:07-cv-2192-T-23EAJ

CERTEGY CHECK SERVICES, INC., et al.,

    Defendants.

_____/

**ORDER**

On September 3, 2008, this court approved a settlement in a related case. See Lockwood v. Certegy Check Services, Inc., No. 8:07-cv-1434-T-23TGW (M.D. Fla.) (Doc. 102). The judgment approving the settlement directs the plaintiffs in this case to dismiss this action with prejudice as soon as practicable. Pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) reopen the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on October 7, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE